# EXHIBIT A

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

# COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 13-1879

MIDDLESEX, ss



Santa Lidia Esquivel, Plaintiff(s)

v.

Target Corporation, Defendant(s)

## SUMMONS

To the above-named Defendant: Target Corporation

You are hereby summoned and required to serve upon Jeffrey S. Glassman, Esq. ................ plaintiff's attorney, whose address is ........... 1 Beacon Street, Ste 3333 Boston, MA 02108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Middlesex .................. either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Suffolk ..................

the ...23rd... day of .......May.......

..............., in the year of our Lord ....Thirteen..................

A true copy Attest:
5/24/13
Deputy Sheriff Suffolk County

........................................... Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

FORM NO. SUP. — 001

5/28/2013    000837245F0001    6020130528009763

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ..................................................................................................
20........., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

............................................................................................................................................................
............................................................................................................................................................
............................................................................................................................................................
............................................................................................................................................................

Dated: .................................................................................................., 20..........

**N.B. TO PROCESS SERVER:**
   **PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

( _____ )
( ............................................, 20.......... )
( _____ )

**COMMONWEALTH OF MASSACHUSETTS**

MIDDLESEX........, ss.

**SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION**

No. ................

................, Plff.

v.

................, Deft.

**SUMMONS**
(Mass. R. Civ. P. 4)